FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 JAN 26  AM 11: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:12CB3000 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN C. WATSON, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States

Attorney, and moves the Court to dismiss Violation Notice #W0977521 at the request of the case

agent and because the defendant is being prosecuted by state authorities.

Dated this 25th day of January, 2012.

UNITED STATES OF AMERICA

By:    DEBORAH R. GILG
United States Attorney
District of Nebraska

And:    ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

IT IS SO ORDERED this 26th day of January, 2012.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge